UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PINEDA,

           Plaintiff,

-v-

BARBERRY ROSE MANAGEMENT COMPANY, INC., doing business as Howal Management Corp., ARM MAINT. INC., 1520-26 ST. NICHOLAS HOLDING LLC, BSF 574 WEST 161st STREET HOLDING LLC, and LEWIS BARBANEL,

           Defendants.

CIVIL ACTION NO.: 21 Civ. 3762 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On July 30, 2021, the Court advised the parties that it will not schedule an initial case management conference until after their planned mediation with the Court's Mediation Office. (ECF No. 22). The Court directed to parties to file joint letter advising the Court as to the status of their settlement efforts within three days of the mediation. (Id.) A mediation conference was held on September 1, 2021. (See ECF minute entry Sept. 1, 2021). The parties have not filed the required status report.

Accordingly, by **September 15, 2021**, the parties shall file joint letter advising the Court as to the status of their settlement efforts.

Dated:    New York, New York
            September 13, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**