# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

November 1, 2021

**Via ECF**

Honorable Andrew L. Carter, Jr.  
United States District Court  
Southern District of New York  
40 Foley Square, Room 435  
New York, New York 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: ___11/2/2021___

**MEMO ENDORSED**

Re:  *Pineda v. Barberry Rose Management Company, Inc., et al.*  
**Docket No. 21-cv-03762 (ALC)(SLC)**

Dear Judge Carter:

This firm is counsel for Defendants in the above-referenced action. Under the Court's October 8, 2021 order (dkt #30), the parties' settlement agreement is to be submitted for Court approval by November 3, 2021. Defendants write jointly with Plaintiff request an additional two weeks, until November 17, to submit the settlement agreement. The parties have resolved all differences of significance but still need to finalize the document and have it executed by the parties. The additional two weeks will allow them to do so. The parties have no requested any other extensions of this date and it will not affect any other deadlines in this case.

Respectfully submitted,  
CLIFTON BUDD & DEMARIA, LLP

By: *Daniel W. Morris* (signature)  
Daniel W. Morris

cc: Counsel of Record (via ECF)

Extension **GRANTED**. The parties shall file the settlement agreement and fairness letter no later than **November 17, 2021**.

SO ORDERED: *Andrew L. Carter* (signature)  
HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE

**Dated**: November 2, 2021