UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

JUAN PINEDA,

                       **Plaintiff,**

                -against-

BARBERRY ROSE MANAGEMENT COMPANY, INC. d/b/a HOWAL MANAGEMENT CORP., ARM MAINT. INC., 1520-26 ST. NICHOLAS HOLDING LLC, BSF 574 WEST 161ST STREET HOLDING LLC and LEWIS BARBANEL,

                       **Defendants.**

1:21-cv-03762 (ALC)(SLC)

**ORDER**

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the parties' Negotiated Settlement Agreement and Release with accompanying Letter Motion for Approval of the Settlement Agreement, filed November 17, 2021. (ECF No. 33.) Having reviewed the Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   July 18, 2022
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**